UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 12CR858-WQH |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER AND JUDGMENT TO DISMISS** |
| v. ) | |
| ) | |
| NESTOR ARMANDO LOMAS BENITEZ, ) | |
| ) | |
| Defendant. ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Indictment in the above-referenced case is dismissed without prejudice as to defendant NESTOR ARMANDO LOMAS BENITEZ.

**IT IF FURTHER ORDERED** that defendant NESTOR ARMANDO LOMAS BENITEZ be released from the custody of the United States Marshals Service and returned to the custody of the Department of Homeland Security.

**SO ORDERED.**

DATED: May 4, 2012

**WILLIAM Q. HAYES**
United States District Judge